**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>**ELINETTE VALENTIN**<br>**VICTOR VELEZ, SR (Non-Filing Co-Debtor)**<br>Debtors<br><br>**U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET INVESTMENT LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-3**<br>Movant<br>v.<br>**ELINETTE VALENTIN**<br>**VICTOR VELEZ, SR (Non-Filing Co-Debtor)**<br>Respondents | BK. No. 18-16792 REF<br><br>Chapter No. 13 |

**CERTIFICATE OF SERVICE**

I hereby certify that service upon all interested parties, indicated below was made by sending a true and correct copy of the Objection of **U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET INVESTMENT LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-3**, to Debtor's Chapter 13 Plan pursuant to the above-captioned bankruptcy case by electronic means on December 14, 2018.

WILLIAM MILLER*R, ESQUIRE (TRUSTEE)
2901 ST. LAWRENCE AVENUE, SUITE 100
READING, PA 19606

BRAD J. SADEK, ESQUIRE
1315 WALNUT STREET, SUITE 502
PHILADELPHIA, PA 19107

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
833 CHESTNUT STREET
SUITE 500
PHILADELPHIA, PA 19107

ELINETTE VALENTIN
913 SOUTH 10TH STREET
ALLENTOWN, PA 18103-3105

VICTOR VELEZ, SR
913 SOUTH 10TH STREET
ALLENTOWN, PA 18103-3105

Respectfully submitted,

/s/ Mario J. Hanyon, Esquire
Mario J. Hanyon, Esq., Id. No.203993
Phelan Hallinan Diamond & Jones, LLP
1617 JFK Boulevard, Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103
Phone Number: 215-563-7000 Ext 31340
Fax Number: 215-568-7616
Email: mario.hanyon@phelanhallinan.com

December 14, 2018