# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. 18-16792-REF |
| ELINETTE VALELNTIN § | |
| DEBTOR § | |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Specialized Loan Servicing, LLC as servicing agent for Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2006-3, U.S. Bank National Association, as Trustee** | U.S. Bank National Association, as trustee for Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2006-3 c/o Wells Fargo Bank, N.A. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

**Specialized Loan Servicing LLC
8742 Lucent Blvd, Suite 300
Highlands Ranch, Colorado 80129**

Phone: **(800) 315-4757**
Last Four Digits of Acct #: **xxxxxx6228**

Court Claim # (if known): 10-1
Amount of Claim: $123,868.64
Date Claim Filed: 12/03/2018

Phone: 800-274-7025
Last Four Digits of Acct.#: 0378

Name and Address where transferee payments should be sent (if different from above):

Specialized Loan Servicing, LLC
PO Box 636007
Littleton, Colorado 80163

Phone:
Last Four Digits of Acct #: **xxxxxx6228**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Natalie E. Lea                              Date:    02/14/2019
Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## CERTIFICATE OF SERVICE OF TRANSFER OF CLAIM

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before February 14, 2019     via electronic notice unless otherwise stated:

**Debtor**            *Via U.S. Mail*
Elinette Valelntin
913 S 10th Street
Allentown, Pennsylvania 18103

**Debtors' Attorney**
Brad J. Sadek
Sadek and Cooper
1315 Walnut Street Suite 502
Philadlphia, Pennsylvania  19107

**Chapter 13 Trustee**
Scott Waterman
2901 Saint Lawrence Ave., Suite 100
Reading, Pennsylvania 19606

                Respectfully Submitted,

                /s/ Natalie E. Lea
                Natalie E. Lea